In the Matter of the Claim of MEYER FOSTER, Respondent, against MAX STERN et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of PETER GRECO et al., Respondents, against QUEENSIDE HILLS REALTY CO., INC., Defendant, and STATE INSURANCE FUND, Defendant-Appellant. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of GEORGE FISHER, Appellant, against SAVAGE ARMS CORPORATION et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of WILLIAM SEABURG, Respondent, against NICK BROTHERS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., taking no part.